AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

FIRST  DISTRICT OF  MASSACHUSETTS

**UNITED STATES**

V.

**REGINO SANTIAGO**

**APPEARANCE**

Case Number: 05-30041MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case    United States of America

I certify that I am admitted to practice in this court.

June 9, 2005
Date

Signature: [signed]

PAUL H. SMYTH          634600
Print Name                Bar

1550 MAIN STREET, SUITE 310
Address

SPRINGFIELD,     MA      01103
City            State     Zip Code

413-785-0235      413-785-0394
Phone Number            Fax