UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TO the Marshal for the District of Massachusetts, or any of his deputies, and to:

HAMPDEN COUNTY HOUSE OF CORRECTIONS
629 Randall Road
Ludlow, MA 01056

YOU ARE COMMANDED to have the body of REGINO SANTIAGO (Year of Birth **-**-1979; SSN ***-**-2219) now in your custody, before the United States District Court for the District of Massachusetts, Western Section, Federal Building and Courthouse, Marshal's Office, Room 418, 1550 Main Street, Springfield, MA, on July 12, 2005 at 9:30 a.m. for the purpose of initial appearance and arraignment in the case of UNITED STATES v. REGINO SANTIAGO, Criminal Action No. 05-30041-MAP. And you are to retain the body of said REGINO SANTIAGO before the Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said before said Court shall be necessary, and as soon as may be thereafter to return said before said Court shall be necessary, and as soon as may be thereafter to return said REGINO SANTIAGO to the institution from which (s)he was taken, under safe and secure conduct, to be there imprisoned as if (s)he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

DATED at Springfield, Massachusetts, this thirtieth of June, 2005.

Sarah A. Thornton, Clerk

By:   /s/ Bethaney A. Healy
      Deputy Clerk

---

I hereby certify that this writ has been satisfied with the named defendant being returned to the custody of _____ following his/her presentment in U.S. District Court, Springfield, Massachusetts.

CERTIFICATION: _____   Dated: _____