UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal Action No. 05-30041-MAP

UNITED STATES OF AMERICA

V.

REGINO SANTIAGO

## ASSENTED TO MOTION TO CONTINUE

Now comes the Defendant, Regino Santiago, in the above-entitled matter and respectfully requests that the Status Conference be continued from August 29, 2005 to September 12, 2005 at 2:00 p.m. The reasons for this motion are as follows:

1. Attorney for the Defendant began a first-degree murder trial in Hampden County Superior Court on August 25, 2005 in the case of Commonwealth v. Michael Cobbin.

Assistant United States Attorney Paul Smyth has assented to this motion.

Respectfully Submitted,
THE DEFENDANT

/s/Alan J. Black
Alan J. Black, Esq.
1383 Main Street
Springfield, MA 01103
Phone: (413) 732-5381
Fax: (413) 739-0046
BBO# 553768

/s/ Paul Smyth
Paul Smyth, AUSA

Case 3:05-cr-30041-PBS    Document 11    Filed 08/26/2005    Page 2 of 2