```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
                                )
         v.                     )   CRIMINAL NO. 05-cr-30041-MAP
                                )
                                )
REGINO SANTIAGO,                )
     Defendant.                 )
```

### THE GOVERNMENT'S AND THE DEFENDANT'S STATUS REPORT PURSUANT TO LOCAL RULE 116.5(A)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Attorney Alan Black, hereby submit the following status report pursuant to Local Rule 116.5(A) and Magistrate Judge Neiman's written orders.

1. The parties agree that this is not a complex case and therefore relief from the timing requirements imposed by Local Rule 116.3 is unnecessary.

2. The government has provided automatic discovery to the defendant pursuant to Fed.R.Crim.P. 16.1 (C) and 116.2 of the Local Rules of the United States. The government has requested reciprocal discovery pursuant to Fed.R.Crim.P. 16(B)(1)(C).

3. The parties agree that it is premature for a motion date to be established under Fed.R.Crim.P. 12(c).

4. The parties agree that the time from the Defendant's initial appearance, July 12, 2005, through the initial status date, September 14, 2005 is excludable from the Speedy Trial Act in the interests of justice pursuant to 18 U.S.C. Section 3161(h)(8)(A) and Local Rule 112.2(A)(1),(2), and (3).

Accordingly, the government requests that the Court issue an order indicating that the time from initial appearance to the present is excludable pursuant to Local Rule 112.2(B).

    5.   Although the parties have had initial discussions regarding resolving this case short of trial, the parties are unclear at present whether this case will be resolved pursuant to a trial or a change of plea.

    6.   The parties agree that it is premature to establish a final status conference at this time.

                          Respectfully submitted,

                          MICHAEL J. SULLIVAN
                        United States Attorney

               By:  /s/ Paul Hart Smyth
                      _____
                        Paul Hart Smyth
                        Assistant U.S. Attorney


                        _____
                        Alan Black, Esq.
                        Counsel for Regino Santiago

```
             UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-cr-30041-MAP |
| | ) | |
| REGINO SANTIAGO, | ) | |
| Defendant. | ) | |

### THE GOVERNMENT'S AND THE DEFENDANT'S STATUS REPORT PURSUANT TO LOCAL RULE 116.5(A)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Attorney Alan Black, hereby submit the following status report pursuant to Local Rule 116.5(A) and Magistrate Judge Neiman's written orders.

1. The parties agree that this is not a complex case and therefore relief from the timing requirements imposed by Local Rule 116.3 is unnecessary.

2. The government has provided automatic discovery to the defendant pursuant to Fed.R.Crim.P. 16.1(C) and 116.2 of the Local Rules of the United States. The government has requested reciprocal discovery pursuant to Fed.R.Crim.P. 16(B)(1)(C).

3. The parties agree that it is premature for a motion date to be established under Fed.R.Crim.P. 12(c).

4. The parties agree that the time from the Defendant's initial appearance, July 12, 2005, through the initial status date, September 14, 2005 is excludable from the Speedy Trial Act in the interests of justice pursuant to 18 U.S.C. Section 3161(h)(8)(A) and Local Rule 112.2(A)(1),(2), and (3).

Accordingly, the government requests that the Court issue an order indicating that the time from initial appearance to the present is excludable pursuant to Local Rule 112.2(B).

5. Although the parties have had initial discussions regarding resolving this case short of trial, the parties are unclear at present whether this case will be resolved pursuant to a trial or a change of plea.

6. The parties agree that it is premature to establish a final status conference at this time.

                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                                United States Attorney

                By:  /s/ Paul Hart Smyth

                        Paul Hart Smyth
                        Assistant U.S. Attorney

                        Alan Black, Esq.
                        Counsel for Regino Santiago