UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.                                      )<br>)<br>)<br>REGINO SANTIAGO,                 )<br>           Defendant            ) | Criminal Action No. 05-30041-MAP |

SCHEDULING ORDER
September 15, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial Status conference held on September 14, 2005:

1. An interim status conference will be held on November 3, 2005, at 2:00 p.m. in Courtroom III.

2. On or before the close of business, November 1, 2005, a joint memorandum addressing the items set forth in Local Rule 116.5(A)(1) through (7) shall be filed with the court.

IT IS SO ORDERED.

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge