UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
                            )
                            )
    v.                      )    Criminal Action No. 05-30041-MAP
                            )
                            )
REGINO SANTIAGO,            )
            Defendant       )

STATUS REPORT
September 15, 2005

NEIMAN, U.S.M.J.

The court held an initial status conference on September 14, 2005, pursuant to Local Rule 116.5. In accord with Local Criminal Rule 116.5(D), the court reports as follows:

1. The court has established an interim schedule as outlined in the Interim Scheduling Order issued this day.

2. The court has scheduled a Final Status Conference for November 3, 2005.

3. The parties – and the court – have agreed and determined that no time has run on the Speedy Trial Clock through September 14, 2005. A separate order shall issue.

4. There are no other matters relevant to the progress or resolution of the case.

/s/    Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge