UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal Action No. 05-30041-MAP

UNITED STATES OF AMERICA

V.

REGINO SANTIAGO

## ASSENTED TO MOTION TO CONTINUE

Now comes the Defendant, Regino Santiago, in the above-entitled matter and respectfully requests that the Status Conference be continued from November 3, 2005 to December 5, 2005 at 2:00 p.m. The reasons for this motion are as follows:

1. Attorney for Defendant is preparing for a first-degree murder trial, Commonwealth v. Jose Melendez, that is scheduled to begin Monday, November 7, 2005.

2. In addition Attorney for the Defendant has been working on an appellate brief in the case of Commonwealth v. Donald Perron, which was due today, November 3, 2005.

3. Lastly the Government and the Defendant are involved in plea negotiations, and will need additional time to discuss these negotiations.

Assistant United States Attorney Paul Smyth has assented to this motion.

        Respectfully Submitted,
        THE DEFENDANT

        /s/Alan J. Black
        Alan J. Black, Esq.
        1383 Main Street
        Springfield, MA  01103
        Phone:  (413) 732-5381
        Fax:  (413) 739-0046
        BBO# 553768

        /s/ Paul Smyth
        Paul Smyth, AUSA