UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
                            )
        v.                  )    CRIMINAL NO. 05-30041-MAP
                            )
                            )
REGINO SANTIAGO,            )
        Defendant.          )

THE GOVERNMENT'S AND THE DEFENDANTS' STATUS
REPORT PURSUANT TO LOCAL RULE 116.5(A)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts and Attorney Alan Black, counsel for Regino Santiago hereby submit the following status report pursuant to Local Rule 116.5(A) and Magistrate Judge Neiman's written orders.

1. The Government has provided or made available all of its discoverable information.

2. The parties do not anticipate additional discovery as the result of future receipt of information.

3. The defendants do not intend to raise a defense of insanity or public authority.

4. The government has requested notice of alibi by the defendants and there has been no response by the Defendant.

5. The Defendant has not yet filed but may file, a motion to dismiss, or suppress, or other motion requiring a ruling by the District Court before trial pursuant to Fed. R. Crim. Pro. 12(c).

6.  The parties request this Court to set a date for a further status.  The parties request additional time to discuss resolving this case short of trial.  In addition, counsel requests more time to review the evidence with the Defendant.  In light of the above, the parties request a further status date.  The parties also request this court exclude the delay from November 3, 2005 through the next hearing date (to be scheduled on November 30, 2005) from the Speedy Trial Act in the interests of justice pursuant to 18 U.S.C. Section 3161(h)(8)(A) and Local Rule 112.2(A)(1),(2), and (3).  Accordingly, the government requests that the Court issue an order indicating that the time from initial appearance to the present is excludable pursuant to Local Rule 112.2(B).

7.  The parties have had preliminary plea discussions.  It is premature to notify the Court as to whether the Defendant will decide to change his plea.

8.  In the event that a trial is necessary the trial will last approximately 4 days.

9.  A date convenient with the Court should be established for a final status conference.

Filed this 30th day of November, 2005.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ Paul Hart Smyth
_____
Paul Hart Smyth

                                            Assistant U.S. Attorney

                                            _____
                                            Attorney Alan Black
                                            Counsel for Regino Santiago

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-30041-MAP |
| | ) | |
| REGINO SANTIAGO, | ) | |
| Defendant. | ) | |

THE GOVERNMENT'S AND THE DEFENDANTS' STATUS
REPORT PURSUANT TO LOCAL RULE 116.5(A)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts and Attorney Alan Black, counsel for Regino Santiago hereby submit the following status report pursuant to Local Rule 116.5(A) and Magistrate Judge Neiman's written orders.

1. The Government has provided or made available all of its discoverable information.

2. The parties do not anticipate additional discovery as the result of future receipt of information.

3. The defendants do not intend to raise a defense of insanity or public authority.

4. The government has requested notice of alibi by the defendants and there has been no response by the Defendant.

5. The Defendant has not yet filed but may file, a motion to dismiss, or suppress, or other motion requiring a ruling by the District Court before trial pursuant to Fed. R. Crim. Pro. 12(c).

6. The parties request this Court to set a date for a further status. The parties request additional time to discuss resolving this case short of trial. In addition, counsel requests more time to review the evidence with the Defendant. In light of the above, the parties request a further status date. The parties also request this court exclude the delay from November 3, 2005 through the next hearing date (to be scheduled on November 30, 2005) from the Speedy Trial Act in the interests of justice pursuant to 18 U.S.C. Section 3161(h)(8)(A) and Local Rule 112.2(A)(1),(2), and (3). Accordingly, the government requests that the Court issue an order indicating that the time from initial appearance to the present is excludable pursuant to Local Rule 112.2(B).

7. The parties have had preliminary plea discussions. It is premature to notify the Court as to whether the Defendant will decide to change his plea.

8. In the event that a trial is necessary the trial will last approximately 4 days.

9. A date convenient with the Court should be established for a final status conference.

Filed this 30th day of November, 2005.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Paul Hart Smyth

Paul Hart Smyth

Assistant U.S. Attorney

_____
Attorney Alan Black
Counsel for Regino Santiago