*Law Office of*

# Alan J. Black

1383 Main Street
Springfield, MA 01103

Telephone (413) 732-5381
Fax (413) 739-0446

**\*\*Admitted in MA, CT, & CA**

January 11, 2006

Assistant U.S. Attorney Paul Smyth
U.S. Attorney's Office
1550 Main Street
Springfield, MA 01103

RE:   **USA vs. Regino Santiago**
      **Docket No. 05-30041**

Dear Attorney Smyth:

   I am requesting discovery on behalf of Regino Santiago in the above-entitled matter.

1.   My understanding is that there are no wiretaps, but if there are any tapes with regard to the wiretap and any extensions, please provide all the wiretap tapes, affidavits, applications, orders and all appendices attached to these documents for this and related investigations.

2.   In addition please provide:

   a.   All surveillance logs, monitoring logs, synopsis reports (if applicable), and ten-day periodic reports.

   b.   A list of "Coded Words and Phrases" which the government claims refers to drug of money communications.

   c.   A list of "pertinent calls" as determined at the time of interception.

   d.   A breakdown by named-defendants of all the telephone calls in which he participated.

  e. All sealing orders contained in the miscellaneous files filed pursuant to title 18 U.S.C. §2518(8) (a). Likewise, I am requesting the unsealing of these files.

  f. All of the incident reports, logs, notes or record (for example, DEA 6's and FBI 302's), which memorialize the government's use, in this case of "normal investigative procedures" as described in the wiretap affidavits. This request includes, but is not limited to, interviews with cooperating witnesses and informants, all reports of surveillance relating to this case, reports of any efforts to introduce informants or undercover agents into the alleged organizations, reports memorializing the government's attempt to discover the member of this organization and its methods of operation, and reports of all attempts to set up controlled purchases and sales of cocaine, heroin or other controlled substances.

3. All search warrant affidavits, warrants and returns issued in these investigations, and in the related state investigations. Likewise, I am requesting the unsealing of these files.

4. The date, time and place of every occasion on which a surveillance, mail cover, search and/or seizure, whether electronic, photographic, videotape, mechanical, visual, or any other type, was made of any defendant, their residences, any person or entity associated with them, together with all documents, photographs, recordings or other material resulting from, or reflecting, or relating to, such occasion, including but not limited to **unredacted** affidavits and warrants utilized in connection therewith.

5. Describe any identification procedure involving the defendant whether or not, during the course of the investigation. This request includes a list of the date(s), time(s) and place(s) of each such occurrence, and the name(s) of the person(s), including counsel who were present. I am also requesting copies of all photos used during the above-mentioned procedures.

6. A written list of the names, addresses and qualifications of all experts the government intends to call as witnesses at trial, including but not limited to law enforcement officers, together with all reports made by such experts or, if reports have not been made, a brief description of the opinion and subject matter to which each is to testify.

7. The defendant further requests all information to which he is entitled pursuant to 18 U.S.C. §3500 or Rule 26.2 of the Federal Rules of Criminal Procedure.

8. A copy of all Grand Jury minutes generated from the indictment of the defendant and co-defendants.

9. Tapes of ALL conversations related to the investigation of this matter.

10. Disclosure of confidential informants and other informants, agents and cooperating individuals pursuant to <u>Roviaro v. United States</u>, 353 U.S. 53 (1957).

11. Copies of any written statements, and the substance of any oral statements, allegedly made y any co-defendants, or by any person who has been a co-defendant in any way, which are in any way related to the subject matter of this case.

12. A list of all names and addresses of witnesses the Government intends to call at trial.

13. Notice pursuant to 404(b) of all other crimes, wrongs or acts intended to be used at trial including (a) the date, time and place of each crime, wrong, or act; (b) a description of each crime, wrong or act; (c) a list of any documents or other evidence upon which the Government intends to rely to prove each such crime, wrong, or act; and (d) the "special grounds" including the special relevance and probative value for such evidence.

14. The full record of arrests and convictions of any government witness including whether this witness is currently under investigation for any violations of state or federal law.

15. Any promises, rewards and or inducements of any kind including whether or not the Government has requested or authorized the payment of any sums of money any informant or cooperating witness who has agreed to testify for the Government.

16. The identities of all witnesses who have been offered immunity by the Government.

17. The record of any law enforcement agency, federal, state or local, which pertain to the criminal activity, arrest and/or conviction of any and all witnesses whom the government intends to call in this case.

18. All evidence in the possession or control of any Governmental agency, federal, state or local which is arguably favorable or helpful to the accused, including but not limited to any evidence which is impeaching of prospective governmental witnesses.

19. The defendant requests that the Government preserve for trial any original notes taken by any of its investigating law enforcement and/or ATF agents of any interviews with persons who are or may be witnesses at trial and further requests that these notes be provided to counsel.

20. The defendant requests that the Government provide defense with all Jencks Act materials no less than ninety (90) days before jury selection in this case based on interests of judicial economy.

Thank you in advance for you cooperation. If you have any questions do not hesitate to contact my office.

Very Truly Yours,

Alan J. Black, Esq.