UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 05-30041-MAP |
| | ) | |
| | ) | |
| REGINO SANTIAGO, | ) | |
| Defendant | ) | |


INTERIM SCHEDULING ORDER
February 6, 2006

NEIMAN, U.S.M.J.

The following schedule was established at the Status Conference this day:

1.    Consistent with the provisions of LR 116.3(E) through (H), any and all

discovery motions shall be filed by February 21, 2006.  *See* LR 116.3(E)

through (H).

2.    Any response to any discovery motion shall be filed on or before

fourteen days after the motion has been filed.  *See* LR 116.3(I).

3.    The final status conference is continued to March 22, 2006, at 12:15

p.m. in Courtroom III.

4.    On or before the close of business, March 20, 2006, a joint

memorandum addressing the items set forth in Local Rule 116.5(A)(1)

through (7) shall be filed with the court.


IT IS SO ORDERED.

/s/   Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge