UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 05-30041-MAP |
| | ) | |
| | ) | |
| REGINO SANTIAGO, | ) | |
| Defendant | ) | |

INTERIM STATUS REPORT
February 6, 2006

NEIMAN, U.S.M.J.

The court held a Status Conference this day and, in accord with Local Criminal

Rule 116.5(B), reports as follows:

1.    The court has established a schedule as outlined in the Interim

Scheduling Order issued this day.

2.    The court has had to reschedule the final Status Conference to March 22,

2006.

3.    There are no other matters to report relevant to the progress or resolution

of the case.

/s/   Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge