```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
        v.                  )   CRIMINAL NO. 05-30041-MAP
                            )
REGINO SANTIAGO,            )
     Defendant.             )
```

**THE GOVERNMENT'S MOTION FOR AN ORDER OF EXCLUDABLE DELAY**

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully moves for an order of excludable delay under the Speedy Trial Act, 18 U.S.C. §3161(h), from February 6, 2005, through March 22, 2006. On February 6, 2006, the Defendant, through Attorney Black, stated his intentions to file a pretrial motion compelling discovery. The time since February 6, 2006 through March 22, 2006, should be excluded to allow the Defendant the necessary time to prepare and file his motions, and to allow the Government time to respond. See 18 U.S.C. § 18 U.S.C. §§ 3161(h)(1)(F).

It is in the best interests of the Defendant, the Government, and the public, to exclude the time from February 6, 2006 through March 22, 2006, from the period within which the trial of this case must commence under the Speedy Trial Act.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                            By:  /s/ Paul Hart Smyth
                                  _____
                                  Paul Hart Smyth
                                  Assistant U.S. Attorney

Dated: February 7, 2006