UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES ) | |
| OF AMERICA ) | |
| ) | |
| ) | |
| ) | CRIMINAL NO. 05-30041-MAP |
| V. ) | |
| ) | |
| REGINO SANTIAGO, ) | |
| Defendant, ) | |
| ) | |

MOTION FOR DISCLOSURE OF 3500 MATERIALS

Now comes the defendant in the above-entitled indictment and requests this Honorable Court order the government to disclose 3500 materials for all government witnesses at least 30 days prior to trial. Specifically, the defendant is looking for all police reports made by the witnesses the government intends to call at trial.

As the date of the writing of this motion, the defendant has absolutely no statements or reports from any of the officers involved in this case. It is virtually impossible to prepare for this case with no reports from any of the potential witnesses.

Specifically, the defendant has no way to prepare this case for trial or for any motion to suppress. Further, defense counsel has been having a difficult time advising the defendant as to the charges against him and the evidence the government possesses without the reports of the prospective government witnesses.

The grounds are set forth with greater particularity in the accompanying memorandum.

                    Respectfully submitted,

                    THE DEFENDANT

By:   /s/ Alan J. Black  
       ALAN JAY BLACK, His Attorney  
       1383 Main Street  
       Springfield, MA 01103  
       (413) 732-5381  
       BBO# 553768

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to Paul Smyth, AUSA on this 21st day of February 2006.