UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES  ) <br> OF AMERICA  ) <br>  ) <br>  ) <br>  )  <br> V.  ) <br>  ) <br> REGINO SANTIAGO,  ) <br>     Defendant,  ) <br>  ) | CRIMINAL NO. 05-30041-MAP |

MEMO IN SUPPORT OF DISCLOSURE OF 3500 MATERIALS

    Fed.R.Crim.P., 12 provides for disclosure of 3500 materials for government witnesses and law enfocement officials. Although the 3500 materials are not due under the rule until after the trial begins and the witnesses take the stand, in the case at hand

    Defendant may file suppression motions relating to illegally seized tangible evidence, statements and/or identification. He will require disclosure of 3500 materials in order to effectively decide whether to file motions to suppress evidence or identifications and to adequately defend himself at trial. See, Jencks Act. 128 USC 3500.

                                                                             Respectfully submitted,

                                                                             THE DEFENDANT

                          By:    /s/ Alan J. Black
                                  ALAN JAY BLACK, His Attorney
                                  1383 Main Street
                                  Springfield, MA 01103
                                  (413) 732-5381
                                  BBO# 553768

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to Paul Smyth, AUSA on this 21st day of February 2006.

                                          /s/ Alan J. Black