UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES | ) | |
| OF AMERICA | ) | |
| | ) | |
| | ) | |
| | ) | CRIMINAL NO. 05-30041-MAP |
| V. | ) | |
| | ) | |
| REGINO SANTIAGO, | ) | |
|     Defendant, | ) | |
| | ) | |

## MOTION FOR REQUEST FOR DISCOVERY UNDER RULE 404(b)

If the government intends to seek the admission into evidence of "other crimes, wrongs or acts" of the defendant, pursuant to Federal Rule of Evidence 404(b) the defendant requests that the government disclose to counsel for the defendant, in writing, at least NINETY days prior to trial and that the court order the government to disclose, the following: (a) the date, time and place of each alleged crime, wrong or act; (b) a reasonable description of each alleged crime, wrong or act; (c) a list of any documents or other physical evidence upon which the government intends to rely to prove each such alleged crime, wrong or act; and (d) the "special grounds" including the special relevance and probative value for such evidence.

Respectfully submitted,

THE DEFENDANT

By:   /s/ Alan J. Black
        ALAN JAY BLACK, His Attorney
        1383 Main Street
        Springfield, MA 01103
        (413) 732-5381
        BBO#553768

**CERTIFICATE OF SERVICE**

  I hereby certify that this document filed through the ECF system will be sent electronically to Paul Smyth, AUSA on this 21st day of February 2006.

             /s/ Alan J. Black