UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) ) | CRIMINAL NO. 05-30041-MAP |
| V. | ) ) | |
| REGINO SANTIAGO,     Defendant, | ) ) ) | |

MEMO IN SUPPORT OF 404(b) REQUEST

    The l991 amendments to Fed.R.Evid. 404(b) have clarified defense counsel's obligation to "request . . .(that the prosecution . . provide reasonable notice in advance of trial . . .of the general nature of any such (Rule 404 (b)) evidence it intends to introduce at trial." The Advisory Committee Notes also encourages seeking a "ruling in limine".

    In the instant case, the government has indicated that it intends to introduce 404(b) evidence at the trial of the defendant however, in order to prevent surprise and to provide reasonable notice before trial, defendant requests discovery under 404(b) at least 120 days before trial.

Respectfully submitted,

THE DEFENDANT

By:   /s/ Alan J. Black
      ALAN JAY BLACK, His Attorney
      1383 Main Street
      Springfield, MA 01103
      (413) 732-5381
      BBO# 553768

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to Paul Smyth, AUSA on this 21st day of February 2006.

                                   /s/ Alan J. Black