UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES ) | |
| OF AMERICA ) | |
| ) | |
| ) | |
| ) | CRIMINAL NO. 05-30041-MAP |
| V. ) | |
| ) | |
| REGINO SANTIAGO, ) | |
|     Defendant, ) | |
| ) | |

DEFENDANT'S MOTION FOR DISCOVERY OF EXPERT TESTIMONY

The defendant, Regino Santiago, by and through his attorney, and moves this court, pursuant to the Fifth and Sixth Amendments to the United States Constitution, Brady v. Maryland, 373 U.S. 83 (l963), Rule 16 of the Federal Rules of Criminal Procedure and Rule 116.1 of the USDC Local Rules that the Court order the government to furnish to the defendant, prior to trial the following items of discovery:

1.  All training materials including manuals, handouts, outlines, films which have been used in training the government's proposed expert witness regarding how drug trafficking is conducted; how drugs are processed for sale; what specific items of drug paraphernalia are used for; the street price of drugs; whether certain quantities of drugs are consistent with an intent to distribute; and the profiling of "drug couriers' together with similar areas.

2.  The complete C.V. for each of the individual experts identified on the governments February 6, 2006 letter.

3.  If the government's proposed expert witness ever testified in a previous case and offered an opinion concerning how drug trafficking is conducted; how drugs are processed for sale; what specific items of drug paraphernalia are used for; the street price of drugs; whether

certain quantities of drugs are consistent with an intent to distribute; the profiling of a "drug courier" or any other similar area, state for each such case:

    (a)    The name and address of the Court, which heard such testimony and the title and docket number of each case;

    (b)    The nature of the case;

    (c)    The date on which the case was instituted;

    (d)    The name and address of the attorney for each party;

    (e)    The result of each case;

4.    All prior police reports and prior testimony by the government's proposed expert witness relating to how drug trafficking is conducted, how drugs are processed for sale what specific items of drug paraphernalia are used for, the street price of drugs, whether certain quantities of drugs are consistent with intent to distribute.

5.    In the February 6, 2006 letter, the government gave a general summary of what all of the officers collectively might testify to. The defendant is requesting a specific summary of each of the witnesses proposed testimony individually instead of a general summary.

    Respectfully submitted,

    THE DEFENDANT

    /s/ Alan J. Black
    By: ALAN JAY BLACK, His Attorney
    1383 Main Street
    Springfield, MA 01103
    (413) 732-5381
    BBO# 553768

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to Paul Smyth, AUSA on this 21st day of February 2006.

    /s/ Alan J. Black