UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES ) | |
| OF AMERICA ) | |
| ) | |
| ) | |
| ) | CRIMINAL NO. 05-30041-MAP |
| V. ) | |
| ) | |
| REGINO SANTIAGO, ) | |
|     Defendant, ) | |
| ) | |

MEMORANDUM IN SUPPORT OF
DEFENDANT'S MOTION FOR DISCOVERY OF EXPERT TESTIMONY

      The government has a constitutional duty to disclose evidence in its possession that is favorable to the defendant and is material either to guilt or to innocence. Brady v. Maryland, 373 U.S. 83-87 (l963). The government must disclose evidence favorable to a defendant including exculpatory evidence, which tends to prove the defendant's innocence. See, United States v. Bagley, 473 U.S. 667, 676 (l985). The government must disclose impeachment evidence that is favorable to the defendant and material to gilt or innocence. See, Giglio v. United States, 405 U.S. 150, 154 (l972) and Ouimette v. Moran, 942 F.2d 1, 10-11 (1st Circuit l991). A specific request by the defense for particularly described evidence may impose a higher duty of disclosure upon the prosecution then a general request or not request. See, United States v. Auguers, 427 U.S. 97-106 (l976). Brady applies not only to information in the possession of the prosecutor by to information in the files of all governmental investigative agencies. See, Giglio v. United States, 405 U.S. 150, 154 (l972) and United States v. Osorio, 929 F.2d 753, 761 (1st Circuit l991). The evidence requested by the defense is entirely within the possession of the government or other law enforcement agencies. The defense is not able to obtain the requested evidence on its own.

In the case at bar, the defendant's Sixth Amendment right to confrontation by way of effective cross-examination of the government's expert witness mandates disclosure by the government of the requested materials.

>Respectfully submitted,
>
>THE DEFENDANT
>
>/s/ Alan J. Black
>By: ALAN JAY BLACK, His Attorney
>1383 Main Street
>Springfield, MA 01103
>(413) 732-5381
>BBO# 553768

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to Paul Smyth, AUSA on this 21st day of February 2006.

>/s/ Alan J. Black