UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES ) | |
| OF AMERICA ) | |
| ) | |
| ) | |
| ) | CRIMINAL NO. 05-30041-MAP |
| V. ) | |
| ) | |
| REGINO SANTIAGO, ) | |
|     Defendant, ) | |
| ) | |

MOTION FOR FURTHER DISCOVERY PER LOCAL RULE 116.1(D)

Now comes the defendant in the above-entitled indictment and requests this Honorable Court for the following further discovery regarding the government's confidential informant and percipient witness, which the government has represented in their discovery disclosures will be used as a witness if this case was to go to trial.

1. A copy of all Grand Jury minutes of Jose Rios generated from the indictment of the defendant in which this witnesses has testified.

2. A copy of all previously recorded testimony of this confidential witness where he has testified for the United States or any governmental agency.

3. A history of this witness's cooperation with the United States and any other governmental agency including a listing of previous rewards and inducements received for these prior cases.

4. A transcription of ALL tapes of ALL conversations of this confidential witnesses related to the investigation of this matter including the transcriptions of the transactions on the DVD's provided to the defendant.

5. Disclosure of confidential witnesses names and addresses pursuant to Roviaro v. United States, 353 U.S. 53 (1957).

6. The full record of arrests and convictions of this witness including whether this witness is currently under investigation for any violations of state or federal law.

7. The record of any law enforcement agency, federal, state or local, which pertain to the criminal activity, arrest and/or conviction of this witness.

8.    The defendant requests that the Government preserve for trial any original notes taken by any of its investigating law enforcement and/or DEA and FBI agents of any interviews with this witness.

9.    The defendant requests that the Government provide defense with this material immediately so that the defendant can adequately prepare for trial and the defendant's constitutional rights to due process not be violated.

WHEREFORE, the defendant prays that this Motion be granted and that disclosure pursuant to Local Rule 116.1(a)(7) be granted.

                Respectfully submitted,

                THE DEFENDANT
By:   /s/ Alan J. Black
                ALAN JAY BLACK, His Attorney
                1383 Main Street
                Springfield, MA 01103
                (413) 732-5381
                BBO# 553768

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to Paul Smyth, AUSA on this 21st day of February 2006.

                /s/ Alan J. Black