UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES ) | |
| OF AMERICA ) | |
| ) | |
| ) | |
| ) | CRIMINAL NO. 05-30041-MAP |
| V. ) | |
| ) | |
| REGINO SANTIAGO, ) | |
|     Defendant, ) | |
| ) | |

MEMORANDUM IN SUPPORT OF
MOTION BY DEFENDANT, REGINO SANTIAGO, FOR 116.1 INFORMATION

    Local Rule 116.1(a)(7) requires disclosure of any promises, rewards, or inducements given to government witnesses together with accompanying statements. The mere invocation of the nondisclosure provisions of Rule 116.1(d) by the government is not enough.

    On February 6, 2006 the government has disclosed the fact that there was one confidential informant who appears to be a percipient witness to various transactions, some where the defendant was present. The government has named this witness and did disclose certain payments he received and informed the defendant that he would be a witness at trial.

    Furthermore, the government is required to disclose impeachment evidence that is favorable to the defendant and material to guilt or punishment. See Giglio v. United States, 405 U.S. 150, 154 (l972). Also, see Ouimette v. Moran, 942 F.2d 1-11 (1st Cir. l991), where the District Court found that deliberate suppression of the bulk of the prior criminal record of the state's star witness, transcripts of prior testimony and the deals made with him to testify created a reasonable doubt about the jury verdict convicting the defendant.

    Therefore, the content of the informer's communications with the case agents, the content of the informer's communication with the defendant, the disclosure of promises, rewards or inducements, must be disclosed to the defendant in this case in order to meet the fairness

requirements of the Due Process Clause of the Fifth Amendment to the United States Constitution.

                    Respectfully submitted,

                    THE DEFENDANT

By:   /s/ Alan J. Black
       ALAN JAY BLACK, His Attorney
       1383 Main Street
       Springfield, MA 01103
       (413) 732-5381
       BBO#553768

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to Paul Smyth, AUSA on this 21st day of February 2006.

/s/ Alan J. Black