UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                    )   CRIMINAL NO. 05-30041-MAP<br>)<br>REGINO SANTIAGO,                        )<br>    Defendant.                              )<br>                                                     ) | |

**GOVERNMENT'S RESPONSE TO THE DEFENDANT'S MOTION FOR DISCOVERY
UNDER RULE 404(b) (Dkt. # 29)**

The government hereby gives notice to the Defendant that it intends to offer evidence of the Defendant's arrest for possession with the intent to distribute a controlled substance on January 14, 2005 as evidence of identification, intent, preparation, and plan pursuant to Fed. R. Evid. R. 404(b).   Please find the Springfield Police Report and booking information (dated January 14, 2005; five pages total) enclosed in a copy of this motion mailed on March 22, 2006. The government will file a motion *in limine* at least two weeks prior to trial in support of the admission of this evidence.

                                                        Respectfully submitted,
                                                        MICHAEL J. SULLIVAN
                                                        UNITED STATES ATTORNEY

                              By:    /s/ Paul Hart Smyth
                                     Paul Hart Smyth
                                     Assistant U.S. Attorney