UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>REGINO SANTIAGO, )<br>   Defendant. )<br>) | CRIMINAL NO. 05-30041-MAP |

**GOVERNMENT'S REVISED RESPONSE TO THE DEFENDANT'S MOTION FOR DISCOVERY UNDER RULE 404(b) (Dkt. # 29)**

The government hereby gives notice to the Defendant that it intends to offer evidence of the Defendant's arrest for possession with the intent to distribute a controlled substance on January 14, 2005 as evidence of identification, intent, preparation, and plan pursuant to Fed. R. Evid. R. 404(b). Please find the Springfield Police Report and booking information (dated January 14, 2005; five pages total) enclosed in a copy of this motion mailed on March 22, 2006.

The government also intends to offer evidence of the Defendant's arrest for trafficking in crack cocaine on April 27, 2005 as evidence of intent, preparation, and plan pursuant to Fed. R. Evid. R. 404(b). The Springfield police report (seven pages; dated April 27, 2005) is enclosed.

The government will file a motion *in limine* at least two weeks prior to trial in support of the admission of this evidence and any other Rule 404(b) evidence the government should obtain.

                                     Respectfully submitted,
                                     MICHAEL J. SULLIVAN
                                     UNITED STATES ATTORNEY

                    By:    /s/ Paul Hart Smyth
                           Paul Hart Smyth
                           Assistant U.S. Attorney