UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>REGINO SANTIAGO, )<br>   Defendant. )<br>) | CRIMINAL NO. 05-30041-MAP |

**GOVERNMENT'S RESPONSE TO THE DEFENDANT'S DISCOVERY MOTION FOR EARLY DISCLOSURE OF TITLE 18, UNITED STATES CODE, SECTION 3500 MATERIAL (DKT. # 28)**

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully declines to provide all witness statement and reports well in advance of the government's obligations pursuant to Title 18, United States Code, Section 3500, Fed. R. Crim. P. 16(a)(2), and the Local Rules for Criminal Discovery. United States v. Kouri-Perez, 47 F.Supp.2d 166, 171-72 (1999) ("The early disclosure of Jencks material is within the sole discretion of the government") citing United States v. Algie, 667 F.2d 569, 571-72 (6th Cir.1982). The government has provided the Defendant with more than sufficient discovery - including a video recording of the transaction that supports the above-captioned indictment - for the Defendant to prepare for motions and trial. While the government would consider a request for early disclosure of Jencks material, the Defendant's request is unsupported by the record and would render the timing requirements set by Congress and the Local Rules of the District of Massachusetts meaningless absent justification relevant to this Defendant.

```
                              Respectfully submitted,
                              MICHAEL J. SULLIVAN
                              UNITED STATES ATTORNEY

                         By:  /s/ Paul Hart Smyth
                              Paul Hart Smyth
                              Assistant U.S. Attorney
```