UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.  )<br>)<br>)<br>REGINO SANTIAGO, )<br>     Defendant. ) | CRIMINAL NO. 05-30041-MAP |

FILED IN CLERK'S OFFICE
2006 MAR 22 P 3: 14
U.S. DISTRICT COURT
DISTRICT OF MASS.

THE GOVERNMENT'S AND THE DEFENDANTS' STATUS
REPORT PURSUANT TO LOCAL RULE 116.5(C)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts and Attorney Alan Black, counsel for Regino Santiago hereby submit the following status report pursuant to Local Rule 116.5(C) and Magistrate Judge Neiman's written orders.

1. The Government has provided or made available all of its discoverable information. The Defendant has filed several motions for additional discovery (Dkt.#s 27, 29, 31, 33)  , and the government has responded to the motions.

2. The defendant does not intend to raise a defense of insanity or public authority.

3. The government has requested notice of alibi by the Defendant and there has been no response by the Defendant.

4. The Defendant has not yet filed but may file, a motion to dismiss, or suppress, or other motion requiring a ruling by the District Court before trial pursuant to Fed. R. Crim. Pro. 12(c).

5. The parties request this court exclude the time from

February 6, 2006 through the resolution of the disputed discovery issues from the Speedy Trial Act due to the pending discovery motions and the preparation of these motions. 18 U.S.C. § 3161 (h)(1)(F).

6. The parties have had preliminary plea discussions. It does not appears the Defendant will plead guilty to the indictment, and a trial is likely.

7. In the event that a trial is necessary the trial will last approximately 4 days.

8. The parties request this Court to set a pretrial conference date as soon as the discovery issues are resolved.

Filed this 22nd day of March, 2006.

          Respectfully submitted,

          MICHAEL J. SULLIVAN
          United States Attorney

By: _____
     Paul Hart Smyth
     Assistant U.S. Attorney

_____
Attorney Alan Black
Counsel for Regino Santiago