UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>v. )<br>)<br>)<br>)<br>REGINO SANTIAGO, )<br>Defendant ) | Criminal No. 05-30041-MAP |

FINAL STATUS REPORT
March 22, 2006

NEIMAN, C.M.J.

The court held a final status conference this day and, in accord with Local Criminal Rule 116.5(D), reports as follows:

1. All discovery has been completed.

2. An initial pretrial conference has been scheduled for April 25, 2006, at 3:30 p.m. in Courtroom I.

3. The parties estimate that a trial, if necessary, will take approximately four days.

4. Defendant does not intend to raise a defense of insanity or public authority.

5. The parties -- and the court -- agree that, as of today, no time has run on the Speedy Trial clock. An Order of Excludable Delay shall issue.

6. There are no other matters relevant to the progress or resolution of the case.

DATED: March 22, 2006

      /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
Chief Magistrate Judge