UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal Action No. 05-30041-MAP

UNITED STATES OF AMERICA

V.

REGINO SANTIAGO

## MOTION FOR FUNDS FOR TRANSCRIPTS

The Defendant, by and through his undersigned attorney, respectfully moves this Honorable Court, pursuant to the United States Constitution and the Federal Rules of Criminal Procedure to order the payment of additional fees and costs for the transcription of all tapes and videos that the Government has in their possession and has provided to defense counsel of conversations concerning the defendant in the above-entitled matter.

The defendant requests that this Court order that the Clerk of the Federal District Court provide a certified copy of this motion to defense counsel.

In support of the above, the defendant states, through counsel that:

1. I have been appointed to represent Mr. Santiago in the above-entitled matter.
2. Mr. Santiago has been determined to be indigent by the court;
3. In preparation of this case, counsel has determined that these costs are necessary to try this case effectively.
4. Counsel is requesting the court allow funds for this purpose.
5. The defendant contends that the funds he is requesting are reasonably necessary in order to assure that he is able to have as effective a defense as he would have if he were financially able to pay to assure his rights to effective assistance of counsel and to present a defense as guaranteed by the Sixth and Fourteenth Amendments to the United States Constitution.

The above is true to the best of my information and belief and is signed under the pains and penalties of perjury.

>Respectfully Submitted,
>By: /s/ Alan J. Black
>ALAN JAY BLACK, His Attorney
>1383 Main Street
>Springfield, MA  01103
>(413) 732-5381
>BBO# 553768

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to Paul Smyth, AUSA on this 22nd day of March 2006.

>/s/ Alan J. Black