UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR NO. 05-30041-MAP |
| | ) |
| REGINO SANTIAGO | ) |

FURTHER ORDER OF EXCLUDABLE DELAY

April 25, 2006

PONSOR, D.J.

Counsel appeared for an initial Pretrial Conference on April 25, 2006. At that time, the court indicated it would be transferring this case to be randomly re-drawn in the Eastern or Central Division, in order to insure compliance with the time lines established by the Speedy Trial Act, 18 U.S.C. §§ 3161, et seq.

Before making a final decision with regard to the necessity for transfer, the court discussed the possibility of trying this case during the month of May. Defense counsel noted, however, that he was already scheduled for serious felony cases in the state court, including a murder case in which the defendant is a twelve-year-old boy.

Based upon this representation, the court hereby excludes from the Speedy Trial Clock all time through May 31, 2006.

The court finds that the ends of justice served by this exclusion outweigh the ordinary interests in a speedy trial. See 18 U.S.C. § 3161(h)(8). The failure to grant this exclusion would unreasonably deny Defendant continuity of counsel and would further deny counsel for Defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv).

Based on this ruling, and the earlier Order of Excludable Delay by Magistrate Judge Neiman (Docket No. 43), no time will have been exhausted from the Speedy Trial clock in this case through May 31, 2006.

It is So Ordered.

_____
MICHAEL A. PONSOR
United States District Judge

2