**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

RE:   Civil / Criminal  No.   CR 05-30041

Title:   United States v. Regino Santiago

**N O T I C E**

Please take notice that the above-entitled case previously assigned to Judge   Michael A. Ponsor   has been reassigned to  Judge Patti B. Saris   for all further proceedings following entry of Judge Ponsor's Order of Transfer on April 25, 2006.  From this date forward the case number on all pleadings should be followed by the initials PBS .

You may contact Judge Saris' Courtroom Deputy Clerk, Robert Alba  at 617-748-9175  or Docket Clerk, Christine Patch at 617-748-9178 for information regarding scheduling.

Thank you for your cooperation in this matter.

SARAH A. THORNTON
CLERK OF COURT

By:   /s/ *Virginia A. Hurley*
Deputy Clerk

Date:   4/28/06

Note:   Attached to this Notice of Reassignment is a recent Notice from the Clerk of Court regarding amendments to the Local Rules mandating the use of the Court's Electronic Filing System.

Copies to:   Counsel