UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIMINAL ACTION
NO.  05-30041-PBS

v.

REGINO SANTIAGO

### NOTICE OF INITIAL PRETRIAL CONFERENCE

SARIS, U.S.D.J.                                                                                                May 1, 2006

TAKE NOTICE that the above-entitled case has been set for an Initial Pretrial Conference on **May 24, 2006**, at **4:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

By the Court,

 /s/ Robert C. Alba
Deputy Clerk

Copies to:  All Counsel