UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal Action No. 05-30041-MAP

UNITED STATES OF AMERICA

V.

REGINO SANTIAGO

## ASSENTED TO MOTION TO CONTINUE

Now comes the Defendant, Regino Santiago, in the above-entitled matter and respectfully requests that the Initial Pretrial Conference be continued from May 24, 2006 to June 26, 2006, June 27, 2006 or June 28, 2006. The reasons for this motion are as follows:

1. Attorney for Defendant is preparing for a juvenile first-degree murder trial, Commonwealth v. Rivera, that is scheduled to begin Tuesday, May 30, 2006.

2. This is a case involving a twelve-year-old accused of murdering a three-year-old child.

3. Attorney for the Defendant is requesting that the Initial Pretrial Conference in the above-entitled matter be continued until after this trial so that he may prepare for this trial.

Assistant United States Attorney Paul Smyth has assented to this motion.

Respectfully Submitted,
THE DEFENDANT

/s/Alan J. Black
Alan J. Black, Esq.
1383 Main Street
Springfield, MA 01103
Phone: (413) 732-5381
Fax: (413) 739-0046
BBO# 553768

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to Assistant United States Attorney, Paul Smith on this 18th day of May 2006.

/s/ Alan J. Black