UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 05-30041-MAP |
| ) | |
| ) | 21 U.S.C. § 851(a)(1)- |
| v.             ) | (Sentence Enhancement for |
| ) | Prior Drug Conviction) |
| ) | |
| ) | |
| REGINO SANTIAGO,   ) | |
| Defendant.    ) | |

## INFORMATION

Comes now the United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Paul Hart Smyth, Assistant United States Attorney, pursuant to Title 21, United States Code, Section 851(a)(1), and states that it is the intent of the United States to rely upon previous felony drug conviction of the Defendant Regino Santiago in order to increase the punishment that may be imposed by this Court upon the Defendant's conviction for the drug offense alleged in Count One of the Indictment in the above-captioned matter.

The Government intends to rely on the following conviction: 1) Defendant's felony conviction of guilty for Possession to Distribute a Class B Controlled Substance; Docket Number 98090, entered on February 18, 2000, in Franklin Superior Court, Greenfield, Massachusetts.

A certified copy of the convictions have been ordered and

1

will be maintained by the undersigned attorney for the government when received.

    Filed this 26th day of May, 2006.

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                  United States Attorney

                                  /s/ Paul Hart Smyth
                                  _____

                                  Paul Hart Smyth
                                  Assistant U.S. Attorney