```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )    Criminal No. 05-30041-PBS-ALL
                              )
                              )    21 U.S.C. § 851(a)(1)-
     v.                       )    (Sentence Enhancement for
                              )    Prior Drug Conviction)
                              )
                              )
REGINO SANTIAGO,              )
          Defendant.          )
```

INFORMATION

Comes now the United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Paul Hart Smyth, Assistant United States Attorney, pursuant to Title 21, United States Code, Section 851(a)(1), and states that it is the intent of the United States to rely upon a previous felony drug conviction of the Defendant to increase the punishment that may be imposed by this Court upon Defendant's conviction for the drug offenses alleged in Count One of the Indictment in the above-captioned matter.

The prior felony convictions upon which the Government intends to rely regarding the Defendant are the following: 1) felony convictions of guilty for Possession to Distribute a Class B Controlled Substance (cocaine).  The convictions arises from Docket Number 98090, entered on February 18, 2000, in Franklin Superior Court, Greenfield, Massachusetts.

Filed this 6th day of July 2006.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney


/s/ Paul Hart Smyth
Paul Hart Smyth
Assistant U.S. Attorney