UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

        CRIMINAL ACTION
        NO.   05-30041-PBS

v.

REGINO SANTIAGO

## NOTICE OF RULE 11 HEARING

SARIS, U.S.D.J.                                                  July 7, 2006

      TAKE NOTICE that the above-entitled case has been set for a Rule 11 Hearing on **July 18, 2006**, at **2:30 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

                                                By the Court,

                                                /s/ Robert C. Alba
                                                Deputy Clerk

Copies to:  All Counsel