UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his deputies, and to: Superintendent, Hampden County House of Corrections, Ludlow, MA.

YOU ARE COMMANDED to have the body of Regino Santiago* now in your custody, before the United States District Court for the District of Massachusetts, 1 Courthouse Way, Boston, MA, Courtroom No. 19, on the 7th floor, on July 25, 2006, at 2:00 p.m. for the purpose of a Status Hearing in the case of United States of America V. Regino Santiago, CR Number 05-30041-PBS.  And you are to retain the body of said Regino Santiago while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said Regino Santiago to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

Dated this 18th day of July, 2006.

* D.O.B  1979
  SS#  ***-**-2219


PATTI B. SARIS
United States District Judge

                                                    Sarah Thornton, Clerk


                                                    By: /s/ Robert C. Alba
                        SEAL                        Deputy Clerk