UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal Action No. 05-30041

UNITED STATES OF AMERICA

V.

REGINO SANTIAGO

### EMERGENCY MOTION TO CONTINUE SENTENCING HEARING

Now comes the Defendant, Regino Santiago, in the above-entitled matter and respectfully requests that the sentencing hearing be continued from October 25, 2006. The reasons for this motion are as follows:

1. The Defendant pled guilty on July 18, 2006 to count one of the indictment in the above captioned case in front of the Honorable Judge Patti Saris.

2. The Defendant is currently facing a mandatory minimum sentence of ten years.

3. I have not yet been informed as to whether the Government plans on filing a 5k.1 Motion in this case.

4. I attempted to contact Assistant United States Attorney Paul Smyth last week to discuss this issue and was informed that he is out of his office through October 17, 2006.

5. If the Government intends on filing a 5k.1 motion it would change the entire strategy of the Defendant's case.

6. To date I have not filed any objections to the Presentencing Report because my objections depend on whether or not the 5k.1 motion is going to be filed by the Government.

7. It is nine days before sentencing and I still do not know how the Government intends to proceed in this case.

8. Once Mr. Smyth notifies me as to how he intends to proceed with

      this case I will need time to prepare my objections to the presentencing report and to prepare for sentencing.

9.     I am scheduled to begin a first-degree murder trial on November 7, 2006 in the case of *Commonwealth v. Santos Diaz* in Franklin County Superior Court that I expect could last three weeks. I therefore am requesting that the sentencing hearing in this case be held either the week of October 30, 2006 or the week of November 27, 2006.

                        Respectfully Submitted,
                        THE DEFENDANT

                        /s/Alan J. Black
                        Alan J. Black, Esq.
                        1383 Main Street
                        Springfield, MA  01103
                        Phone:  (413) 732-5381
                        Fax:  (413) 739-0046
                        BBO# 553768