UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | )     Criminal No. 05-30041-MAP |
| v. | ) |
| REGINO SANTIAGO, | ) |
|     Defendant. | ) |

### MOTION FOR A COPY OF SEALED DOCUMENT (DKT. 59)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully requests this Court to allow for the release of the parties signed Plea Agreement, Dkt. 59, filed with the court on July 18, 2006.

In support of this motion the government states that the defendant pled guilty to the above-captioned indictment on July 18, 2006. Although the defendant had reviewed the Plea Agreement with his counsel well in advance, the defendant signed the submitted agreement on the day of the plea, July 18, 2006. The undersigned Assistant U.S. Attorney forgot to ask the court clerk for a copy of the signed agreement.

Accordingly, the government respectfully requests this court to order the release of the sealed Plea Agreement for the limited purpose of ensuring the completeness of the government's file.

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

By:  /s/ Paul Hart Smyth
    _____
    Paul Hart Smyth
    Assistant U.S. Attorney

Dated: February 22, 2007

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)

/s/ Paul Hart Smyth
_____
Paul Hart Smyth
Assistant United States Attorney

Date: February 22, 2007