U. S. Department of Justice



Federal Bureau of Prisons

*Federal Correctional Institution*

---

FILED
IN CLERKS OFFICE

2007 AUG 13  P 1: 48

U.S. DISTRICT COURT
DISTRICT OF MASS.

P.O. Box 280
Fairton, NJ 08320

August 9, 2007

United States District Court
District of Massachusetts
John Joseph Moakley US Courthouse
Suite 2300
One Courthouse Way
Boston, MA 02210
ATTN: CRIMINAL CLERK'S OFFICE

RE:   SANTIAGO, Regino
      Register No.: 90886-038
      Case No.: 1:05CR30041-001-PBS

Dear Clerks Office:

   The above referenced inmate has been received at the Federal Correctional Institution, Fairton, New Jersey, for the service of his federal sentence. After review of all paperwork received, it was discovered that our facility did not receive a certified copy of the Judgement and Commitment Order. In accordance with the Bureau of Prisons' policy, we respectfully request a **certified, raised seal** copy of this order so that we may complete our files.

   Thank you in advance for your assistance in this matter.

Sincerely,

Nancy Mori
Legal Instruments Examiner

For:   Beth Russo
       Inmate Systems Supervisor